**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 1350N
OAKLAND, CA 94612

**STEVEN G. KALAR**
*Federal Public Defender*
**ANGELA M. HANSEN**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507

May 21, 2019

*By e-filing*

The Honorable Kandis A. Westmore
United States District Court,
Northern District of California
1301 Clay Street, 3rd Floor
Oakland, CA 94612

RE:  *United States v. David Cook,* 19-CR-172 JD

Your Honor:

After court today, I discovered that my office has an incurable conflict with David Cook's case. I notified the United States Attorney's Office and informed our panel coordinator that he will need a panel attorney appointed to represent him. For this reason, I respectfully request that this matter be placed back on the magistrate calendar tomorrow, **May 22, 2019, at 9:30 a.m.**, for identification of counsel. In addition, I respectfully request that the Court hold the order for his return to Contra Costa County in abeyance until after his new counsel appears tomorrow.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/s/ Angela M. Hansen

ANGELA MILELLA HANSEN
Assistant Federal Public Defender

cc:  Jonathan Lee
Christopher Cannon