UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID LEIGH COOK,<br><br>    Defendant. | Case No. 19-cr-00172-JD-1 (KAW)<br><br>**ORDER DIRECTING RETURN OF DEFENDANT TO STATE CUSTODY** |

The U.S. Marshal is ordered to return Defendant to the custody of the Contra Costa County Sheriff, David Livingston and his assistants and deputies, forthwith so that he may undergo a previously scheduled surgery. The United States will submit a Petition for Writ of Habeas Corpus Ad Prosequendum to have Defendant returned to the custody of the U.S. Marshal for the Northern District of California for his appearance before the Honorable James Donato on July 10, 2019 at 10:30a.m. in San Francisco, CA.

**IT IS SO ORDERED.**

Dated: 5/22/19

KANDIS A. WESTMORE
United States Magistrate Judge

FILED
MAY 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND