Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
DAVID LEIGH COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVID LEIGH COOK,<br><br>         Defendant. | Case No. CR 19-172 JD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE** |

     Defendant DAVID LEIGH COOK, by and through his counsel of record, Dena Young, and Assistant United States Attorney Jonathan U. Lee, hereby request that the hearing currently set for status on the supervised release violation on August 22, 2022 at 10:30 a.m. be continued by one week until August 29, 2022 at 10:30 a.m., or until the next available court date thereafter. Mr. Cook was arraigned on an Amended Form 12 on August 9, 2022. The August 22, 2022 court date was set at that time. The parties were unaware that August 22, 2022 was a date when our probation supervision staff would be unavailable. U.S. Probation Officer Talia Carrubba-Katz made us aware of this problem and is in agreement with this request.

     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2022 | /s/ |
| 2 | | DENA MARIE YOUNG |
| | | Attorney for Defendant |
| 3 | | DAVID LEIGH COOK |
| 4 | Dated: August 10, 2022 | STEPHANIE M. HINDS |
| | | United States Attorney |
| 5 | | /s/ |
| 6 | | JONATHAN U. LEE |
| | | Assistant United States Attorney |

## ORDER

IT IS HEREBY ORDERED that the status hearing on supervised release violations for defendant DAVID LEIGH COOK, which is currently scheduled for August 22, 2022 at 10:30 a.m., be vacated and reset for August 29, 2022, at 10:30 a.m.

DATED: August 12, 2022

_____
HON. JAMES DONATO.
United States District Judge